| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, William E | 2. Court or Organization<br><br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>800 Lafayette St<br>Suite 5100<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 10 A 11: 20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-06 | Tanner Companies, Inc. (self-employed retail sales-women's clothing ▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[  ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FREE - Strategic Thinking with Tom Schelling | 8-13 to 8-18 - Education Program (Transportation, Food, Housing) |
| 2. | Immigration Law Program - Federal Judicial Center | 10-11 to 10-14- Education Program (Transportation, Food, Housing) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary membership | City Club of Lafayette | $ 400.0 |
| 2. | Complimentary membership | Plimsol Club, New Orleans, LA | $ 300.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct., Chase, Lafayette, LA | A | Interest | J | T | | | | | |
| 2. Office Bldg. & Warehouse, New Iberia, LA (1/2 interest) | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Bank One/Nat.Financial Serv. | A | Interest | | | Closed | 1/10 | J | | |
| 5. Vanguard Short Term Tax Exempt (one-half interest) | B | Interest | L | T | | | | | |
| 6. Vanguard Intermediate Term Tax Exempt Shares | B | Interest | K | T | | | | | |
| 7. Vanguard Limited Term Tax Exempt Exempt Fund | B | Interest | K | T | | | | | |
| 8. Vanguard Health Care Fund | B | Dividend | K | T | | | | | |
| 9. Louisiana Stad & Expo Dist. (Bond) | A | Interest | K | T | | | | | |
| 10. New Orleans, LA Pub. Impt. (Bond) | C | Interest | L | T | | | | | |
| 11. Chase (formerly Bank One) Savings Account | D | Interest | M | T | | | | | |
| 12. Chase (formerly Bank One) Savings Account | B | Interest | J | T | | | | | |
| 13. Rapides Parish School District (Bond) | A | Interest | K | T | | | | | |
| 14. Salomon Smith Barney - Money fund | A | Interest | J | T | | | | | |
| 15. Vanguard GNMA Fund | B | Interest | K | T | | | | | |
| 16. Vanguard Total Stock Market Fund (IRA) | C | Interest | M | T | | | | | |
| 17. Competitive Capital Partners Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Bank of Scotland ▬ | A | Interest | J | T | | | | | |
| 19. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 20. Duff Phelps DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 21. Citigroup Capital | B | Interest | K | T | | | | | |
| 22. Ernest Morial - New Orleans, LA (Bond) | A | Interest | K | T | | | | | |
| 23. General Electric Capital Corp. | A | Interest | J | T | | | | | |
| 24. General Motors | B | Dividend | K | T | | | | | |
| 25. Intel Corp. | A | Interest | J | T | | | | | |
| 26. Jefferson Parish LA Rev. Pub (Bond) | B | Interest | K | T | | | | | |
| 27. Progress Energy Inc. | A | Interest | J | T | | | | | |
| 28. Regions FDIC | A | Dividend | J | T | | | | | |
| 29. Regions Bank | A | Dividend | | | Bond called | 02/27 | K | | |
| 30. BAC Capital Trust | A | Dividend | J | T | Buy | 2/15 | J | | |
| 31. Royal Bank of Scotland ▬ | A | Dividend | J | T | | | | | |
| 32. Trustreet Property (name change-US Restaurant Property) | A | Dividend | | | Bond Called | 11/03 | J | | |
| 33. USB Capital | A | Dividend | K | T | Buy | 5/15 | K | | |
| 34. Cisco Systems | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Webster Parish School (Bond) | B | Interest | K | T | | | | | |
| 36. Urstadt Biddle Properties | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu _____ Date _May 7, 2007_

NOTE: ...SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND (...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544